BRYANT v. HOGARTH

No. 435P97

Case below: 127 N.C.App. 79

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

BYRD v. CHARLOTTE MECKLENBURG BD. OF EDUC.

No. 443P97

Case below: 127 N.C.App. 208

Petition by respondent (Charlotte-Mecklenburg Bd. of Educ.) for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

CARLSON v. CARLSON

No. 434P97

Case below: 127 N.C.App. 87

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

CARTER v. FOOD LION, INC.

No. 479P97

Case below: 127 N.C.App. 271

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.

CISSELL v. GLOVER LANDSCAPE SUPPLY, INC.

No. 356A97

Case below: 126 N.C.App. 667

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 6 November 1997.